GRIFFIN v. PRICE

No. 47PA93

Case below: 108 N.C.App. 496

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1993.

GURGANIOUS v. INTEGON GENERAL INS. CORP.

No. 442P92

Case below: 108 N.C.App. 163

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

HOMEBUILDERS ASSN. OF CHARLOTTE
v. CITY OF CHARLOTTE

No. 133P93

Case below: 109 N.C.App. 327

Petition by defendant for temporary stay is allowed 30 March 1993 pending receipt and determination of the defendant's petition for discretionary review.

IN RE APPEAL OF PERRY-GRIFFIN FOUNDATION

No. 55P93

Case below: 108 N.C.App. 383

Petition by Pamlico County and Pamlico County Board of Equalization for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

IN RE CARTER v. HODGES

No. 102P93

Case below: 108 N.C.App. 788

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.